UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:18-cv-03040-DMR |
| Plaintiff, | Honorable Donna M. Ryu |
| vs. | |
| JOHN DOE subscriber assigned IP address 73.162.200.223, | **ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE (AS MODIFIED)** |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and adjourning the Initial Case Management Conference currently scheduled for August 29, 2018, and the Court being duly advised in the premises does hereby:

1

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until November 10, 2018 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference scheduled for August 29, 2018 at 1:30 p.m. has been continued to November 21, 2018 at 1:30 p.m. Parties shall file a joint case management conference statement by November 14, 2018.

IT IS SO ORDERED.

Dated:  August 17, 2018

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*

By:_____
United States Magistrate Judge
Honorable Donna M. Ryu

Order on Plaintiff's *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service and to continue the Initial Case Management Conference (As Modified)
Case No. 4:18-cv-03040-DMR